*E-Filed*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LINO NSHIMBA,

      Plaintiff,

v.

LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., et al.,

      Defendants.

No. C 10-2982 RS

**ORDER CONTINUING HEARING**

In light of plaintiff's late-filed opposition brief, the hearing on defendant's motion for judgment on the pleadings is continued to May 12, 2011.  Defendant may file a reply brief no later than April 29, 2011.  The Court reserves the right to disregard plaintiff's opposition as untimely, and the right to take the matter under submission without oral argument, pursuant to Civil Local Rule 7-1(b).

IT IS SO ORDERED.

Dated:   April 26, 2011

      RICHARD SEEBORG
      UNITED STATES DISTRICT JUDGE

No. C 10-2982 RS
ORDER