**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LINO NSHIMBA,<br><br>      Plaintiff,<br><br>  v.<br><br>LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., et al.,<br><br>      Defendants. | No. CV 10-2982 RS (NJV)<br><br>**ORDER REQUIRING PARTIES TO MEET AND CONFER RE: PENDING DISCOVERY DISPUTE**<br><br>(Docket No. 23) |

The district court has referred Defendant Lowe's Home Improvement Warehouse, Inc.'s motion to compel and all future discovery disputes to this Court for determination. Doc. No. 26. The Court ORDERS counsel for all parties to engage in an in-person meet and confer by June 3, 2011 regarding the pending discovery dispute. Given counsel's location in San Francisco and Los Angeles, counsel may participate by telephone. Counsel shall engage in a meaningful meet and confer regarding outstanding discovery requests and the pending discovery dispute. Counsel shall notify the Court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the scheduled date for the in-person meet and confer. After the in-person meet and confer, the parties shall promptly file a single joint letter to the Court informing the Court of the status of the in-person meet and confer. If the parties are unable to resolve their discovery disputes after the in-person meet and confer, the single joint letter to the Court should succinctly set forth the parties' positions on each disputed issue.

Per this Court's standing order, for future discovery-related motions, counsel must deliver two (2) chambers copies of all filings.

**IT IS SO ORDERED.**

Dated: May 19, 2011

NANDOR J. VADAS
United States Magistrate Judge

2