1  LINO NSHIMBA
   **Name and Address**
2  2875 OAKES DRIVE
3  HAYWARD, CA 94542

FILED
2011 DEC 27 P 12: 31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No. CV 10-2982 RS (NJV)

LINO NSHIMBA
**Plaintiff / Petitioner**

VS.

LOWES HIW INC, et al.
**Defendant / Respondent**

**Document Name:**

MOTION TO RE-OPEN CASE CV 10-2982 RS (NJV)

17  ON DECEMBER 24th 2011 WHILE LOOKING FOR AN ONLINE
18  UPDATE ON MY CASE I REALIZED THAT THE CASE WAS
19  DISMISSED AS OF DEC. 9th 2011. I HAD CALLED THE CLERK'S
20  OFFICE ON OR BEFORE DEC 4th 2011 TO INQUIRE ABOUT MY
21  CASE AND WAS THEN ADVISED BY MS. CORINNE LAW
22  THAT THERE WAS A CASE MANAGEMENT ON JAN 4th or
23  5th OF 2012. I HAD TO FOLLOW UP MY CASE ONLINE
24  FOR I HAD AND HAVE HAD DIFFICULTIES REACHING MY
25  ATTORNEY MR. FRIED SINCE THE FILING OF THE CASE
26  BACK ON JULY 2010. I DID MEET WITH HIM PERHAPS
27  TWICE SINCE THE FILING AND ONE TIME IT WAS TO
28  COMPLETE A QUESTIONAIRE FROM THE OPPOSING PARTY.

```
1  Name and Address
2  _____
3  _____
4
5              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
6
7
                                      )
8                                     )    Case No. _____
                                      )
9   _____)
10       Plaintiff / Petitioner       )    Document Name:
                                      )
11  VS.                               )
                                      )    _____
12                                    )
                                      )    _____
13                                    )
    _____)
14      Defendant / Respondent        )    _____
15
```

16  I HAVE NOT BEEN ABLE TO REACH MR. JOHNATAN FRIED VIN THE
17  LAST COUPLE OF MONTHS AND PHONE RECORDS AND/OR
18  TEXTS CAN CONFIRM THAT. I MUST ALSO ADD THAT
19  THE RARE TIMES WE HAVE SPOKEN (PERHAPS OCTOBER
20  2011) HE RE-ASSURED ME THAT ALL WAS GOING
21  FINE AND THAT HE DID NOT NEED ANYTHING FROM
22  ME. I RARELY GOT HOLD OF MR. JONATHAN FRIED MY
23  ATTORNEY AND HE HAD MOVED HIS OFFICE AT LEAST
24  TWICE SINCE THE FILING OF MY CASE AS WELL AS
25  PHONE NUMBERS. I HAVE ALWAYS ATTEMPTED TO
26  REACH HIM BY PHONE (HIS CELLULAR) OR BY EMAIL
27  AND MOST OF THE TIME UNSUCCESSFULLY.
28

```
1  Name and Address
2  _____
3  _____
4
5            UNITED STATES DISTRICT COURT
6            NORTHERN DISTRICT OF CALIFORNIA
7
8  _____)   Case No. _____
9                                )
10 Plaintiff / Petitioner         )   Document Name:
11 VS.                            )
12                                )   _____
13                                )   _____
14 Defendant / Respondent         )   _____
15
```

16 I MUST SAY THAT I WAS KEPT IN THE DARK AND
17 HAD NO IDEA OF WHERE THE CASE WAS STANDING;
18 HAVE I KNOWN OF HIS INCOMPETENCE AND LACK OF
19 CLARITY I WOULD HAVE FIRED HIM AN HIRED A
20 DIFFERENT ATTORNEY... HE TOLD ME "ALL IS FINE."
21 I HEREBY REQUEST FOR THE COURT TO RECONSIDER
22 THE DISMISSAL OF MY CASE, TO FURTHEMORE
23 RE-OPEN MY CASE AND GIVE ME THE OPPORTUNITY
24 TO RESOLVE THE CASE WITH LOWES H/W.
25 MY ATTORNEY DID NOT KEEP ME UPDATED ON WHAT
26 WAS HAPPENING AND I THEREFORE GOT INADEQUATE
27 REPRESENTATION FROM HIM.
28

LINO NSHIMBA

12/27/2011