LINO NSHIMBA
2875 Oakes Drive
Hayward, CA 94542
Telephone: (415) 606-9025
Email: alhinostar@gmail.com

Plaintiff *Pro Se*

HUNTON & WILLIAMS LLP
M. BRETT BURNS (State Bar No. 256965)
575 Market Street, Suite 3700
San Francisco, CA 94105
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
Email: mbrettburns@hunton.com

CHRISTIANE A. ROUSSELL (State Bar No. 249847)
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020
Email: croussell@hunton.com

Attorneys for Defendant LOWE'S HIW, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINO NSHIMBA,<br><br>            Plaintiff,<br><br>      v.<br><br>LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., *et al.*,<br><br>            Defendants. | Case No. CV-10-2982-RS (NJV)<br><br>Hon. Richard Seeborg<br><br>**AGREED MOTION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Complaint filed: July 7, 2010 |

1

AGREED MOTION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
CASE NO. CV-10-2982-RS (NJV)

Plaintiff and Defendant Lowe's HIW, Inc. file this agreed motion to dismiss with prejudice and respectfully show the Court as follows:

1. On July 7, 2010, Plaintiff sued Defendants Lowe's Home Improvement Warehouse, Inc, Lowe's Companies, Inc., Jeff Benfield, and Tom Wilson.

2. On November 15, 2010, Plaintiff dismissed claims against Defendants Lowe's Companies, Inc., Jeff Benefield, and Tom Wilson. The case proceeded against Defendant Lowe's HIW, Inc., Plaintiff's former employer. Defendant Lowe's HIW, Inc. denied all claims asserted by Plaintiff.

3. On February 27, 2012, Plaintiff and Defendant Lowe's HIW, Inc. participated in mediation. During the mediation, Plaintiff and Defendant Lowe's HIW, Inc. reached agreement to resolve all claims and entered into a confidential settlement agreement.

4. Plaintiff and Defendant Lowe's HIW, Inc. therefore move to dismiss the case with prejudice and terminate the lawsuit. Each party has agreed to be responsible for his and its own costs and attorney's fees.

DATED: February 28, 2012          PLAINTIFF IN *PRO SE*

                                  By: /s/ Lino Nshimba
                                  (Authorizing e-filing by Christiane A. Roussell)
                                  LINO NSHIMBA
                                  Plaintiff In *Pro Se*

DATED: February 28, 2012          HUNTON & WILLIAMS LLP

                                  By: /s/ Christiane A. Roussell
                                  CHRISTIANE A. ROUSSELL
                                  Attorneys for Defendant
                                  LOWE'S HIW, INC.

1 **IT IS SO ORDERED:**

2 Dated: __3/1/12_____  _____

3                                                     Hon. Richard Seeborg